# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LARONDA VARNADO ALLEN AND
DONTA ALLEN

VERSUS

LYNN R. QUAST, EQUI-BEST
EQUESTRIAN CENTER, LLC,
LIBERTY MUTUAL INSURANCE
COMPANY AND STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY

NO.   2021 CW 0316

**JUNE 7, 2021**

---

In Re:    Lynn R. Quast and Equi-Best Equestrian Center, LLC,
applying for supervisory writs, 21st Judicial District
Court, Parish of Livingston, No. 153203.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

> **VGW**
> **JEW**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT